IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01698-WYD-OES

THOMAS TUCCI; and
GILBERT M. TANG, individually and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

ELLWOOD CORP., a Colorado Corporation; and
JUDY L. SEXTON,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal pursuant to FED. R. CIV. P. 41(a).  Having reviewed the notice and being otherwise fully advised, it is

ORDERED that the above-captioned case is **DISMISSED WITH PREJUDICE**, each side to bear his, her or its own costs and fees.

    Dated:  November 29, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge